**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7599**

TONY GIOVANNI JOSEPH,

                    Appellant.


Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:14-hc-02112-BO)


Submitted:  January 15, 2015          Decided:  January 21, 2015


Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.


Dismissed by unpublished per curiam opinion.


Tony Giovanni Joseph, Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Giovanni Joseph seeks to appeal the district court's order dismissing another inmate's 28 U.S.C. § 2241 (2012) petition. Because Joseph was not a party to that action and there is no order from which he may appeal, we deny his motion to proceed in forma pauperis and dismiss his appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED